RECEIVED
IN MONROE, LA
NOV 0 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAMBA KAMARA | CIVIL ACTION NO. 05-0576 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERT GONZALES, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and in light of the Government's November 1, 2005 Status Report,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's "Expedited Motion for Judgment on Pleadings under FRCP 12(c) and Summary Judgment Pursuant to FRCP 56(a)" [Doc. No. 18] and his Section 2241 Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITH PREJUDICE as moot.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 3 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE